IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK WILLIAMS HARRIS**                                    **PLAINTIFF**

**VERSUS**                       **CIVIL ACTION NO. 1:10-cv-447-HSO-JMR**

**DANNY SAUCIER, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [48] entered in this cause on February 7, 2012.  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed without prejudice.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 2nd day of April, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE